UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**DONALD C. GOINS, ESQ. (DCG1005)**
**GOINS & GOINS, LLC**
**323 Washington Avenue**
**Elizabeth, NJ 07202**
**(908) 351-1984**
**Fax: (908) 351-1982**
**Attorney for the Debtor**

**Order Filed on March 11, 2019**
**by Clerk, U.S. Bankruptcy**
**Court - District of New Jersey**

In Re:

Penelope Wise,

Case No.:    19-12230

Chapter :    13

Hearing Date:  2 / 27 / 2019

Judge:    SLM

## ORDER EXTENDING THE AUTOMATIC STAY NUNC PRO TUNC TO 2/27/2019

The relief set forth on the following pages, numbered two (2) through __2__ is
hereby **ORDERED**.

**DATED: March 11, 2019**

Stacey L. Meisel

Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor:              Penelope Wise
Case No.:            19-12230-SLM
Caption of Order:    Order Extending the Automatic Stay NUNC PRO TUNC TO 2/27/2019

This matter having come before the Court by motion of Donald C. Goins

Esq., attorney for the debtor, Penelope Wise, for entry of an Order extending the

automatic stay, and for good cause, it is hereby ordered that:

1. The Debtor's Automatic Stay is hereby extended against all interested

   parties. NUNC PRO TUNC TO 2/27/2019.