UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
(908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

Order Filed on March 11, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Penelope Wise,

Case No.: 19-12230

Chapter: 13

Hearing Date: 2 / 27 / 2019

Judge: SLM

## ORDER EXTENDING THE AUTOMATIC STAY NUNC PRO TUNC TO 2/27/2019

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: March 11, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor: Penelope Wise
Case No.: 19-12230-SLM
Caption of Order: Order Extending the Automatic Stay NUNC PRO TUNC TO 2/27/2019

This matter having come before the Court by motion of Donald C. Goins Esq., attorney for the debtor, Penelope Wise, for entry of an Order extending the automatic stay, and for good cause, it is hereby ordered that:

1. The Debtor's Automatic Stay is hereby extended against all interested parties. NUNC PRO TUNC TO 2/27/2019.

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 19-12230-SLM
Penelope Wise                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 11, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.
db             +Penelope Wise,   12 Westminster Place,   Morristown, NJ 07960-5810

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2019 at the address(es) listed below:
     Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Donald C. Goins    on behalf of Debtor Penelope  Wise dcgoins1@gmail.com, G25787@notify.cincompass.com
     Kevin Gordon McDonald    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
     Marie-Ann  Greenberg    magecf@magtrustee.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                        TOTAL: 5