Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.: 19−12230−SLM
                            Chapter: 13
                            Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Penelope Wise
   12 Westminster Place
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−6727

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on September 27, 2019.

    On 7/1/2020 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                   August 12, 2020
Time:                  08:30 AM
Location:           Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 1, 2020
JAN: mff

                                                                               Jeanne Naughton
                                                                               Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 19-12230-SLM
Penelope Wise                                                       Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jul 01, 2020
                             Form ID: 185          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.
```
db             +Penelope Wise,    12 Westminster Place,    Morristown, NJ 07960-5810
518180186      +ARCPE 1 LLC,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518006876       Adjustment Associates, Inc.,    PO Box 442,    Hasbrouck Heights, NJ   07604-0442
518130088      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
518006880       Crown Oil,    PO Box 207,    Chatham, NJ   07928-0207
518006881       SLS,    KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ   08108-2812
518006882       Supreme Energy, Inc.,    532 Freeman St,    Orange, NJ   07050-1312
518006883       UAS, LLC,    PO Box 807010,    Kansas City, MO   64180-7010
518006884     #+US Bank Cust BV Trst2015-1,    c/o Blue Virgo Capital Management, LLC,    164 Mason St # F2,
                 Greenwich, CT 06830-6677
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 02 2020 01:08:25     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 02 2020 01:08:23      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 02 2020 01:27:34
                 CAPITAL ONE Auto Finance a division of Capital One,    AIS Portfolio Services, LP,
                 c/o Hogan Data Operations,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 01:13:46
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518006877       E-mail/Text: bankruptcycare@affinityfcu.com Jul 02 2020 01:07:59      Affinity FCU,
                 73 Mountain Rd Bldg 200,    Basking Ridge, NJ   07920-3854
518017204      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 02 2020 01:14:07
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518134648      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 02 2020 01:27:05
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
518006878      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 02 2020 01:14:53
                 Capital One Auto Financial,    3901 Dallas Pkwy,    Plano, TX 75093-7864
518006879      +E-mail/Text: convergent@ebn.phinsolutions.com Jul 02 2020 01:08:48      Convergent Outsourcing,
                 800 SW 39th ST,    Renton, WA 98057-4927
518006875       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 02 2020 01:15:34      AARP Chase,
                 PO Box 15123,    Wilmington, DE   19850-5123
518007726      +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 01:14:28      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518153583      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 02 2020 01:27:13      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12
```

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                                       Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 01, 2020
                              Form ID: 185             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Penelope   Wise dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Kevin Gordon McDonald    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 5
```